UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: JOSHUA L. LUCAS | ) | CASE NO. 20-BK-54684 |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: |

## MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE

Now comes Debtor, Joshua Lucas, pursuant to 11 USC §707(a), who humbly requests this Court Dismiss the above Chapter 7 bankruptcy case. After the filing of this case, debtor Joshua Lucas realized that his personal and business accounting and finances were intractably intertangled throughout 2020, and the addition of a $10,000 EIDL and $35,900 SBA business loan shortly before his business closed further made his accounting difficult to sort out.

Trustee Stubbins has asked for a detailed accounting of the EIDL and SBA loans, which Joshua Lucas has determined is next to impossible to provide in a timely manner because his accounting and records are in such disarray. Thus, he will be unable to provide the documentation that the trustee needs for the administration of this case. Therefore, Joshua Lucas requests this Court Dismiss this case to give him the necessary time he needs to sort out his finances and records, after which he will decide whether to again file for Chapter 7 relief.

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-54684 |
| | ) | |
| JOSHUA L. LUCAS | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: |

### NOTICE OF MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE

Debtor Joshua Lucas has filed papers with the court for a Voluntary Dismissal of this Chapter 7 case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

You have fourteen (14) days from the date of this notice as an objection period.

If you do not want the court to rule on this motion, or if you want the court to consider your views on the motion, then, on or before December 30, 2020, you or your attorney must:

File with the court a written objection explaining the creditor's position at:

United States Bankruptcy Court
2 South Main Street
Akron, OH 44308

If you mail your correspondence to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Attorney Mark Graziani
P.O. Box 1158
Norton, OH 44203

You must also attend the hearing to discuss this matter, as scheduled by the United States Bankruptcy Court, Northern District of Ohio.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

2

December 15, 2020

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Joshua Lucas