NCOBasic
(Rev. 09/23/2020)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 5, 2021**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| JOSHUA LEE LUCAS | : | Case No. 20-54684 |
| | : | Chapter 7 |
| | : | Judge C. Kathryn Preston |
| *Debtor(s).* | : | |

### ORDER DENYING MOTION/APPLICATION (DOC. NO. 33) DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-referenced Motion or Application (hereinafter, the "Motion" regardless of title) does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Motion is not accompanied by a certificate of service. (LBR 9013-3(e) and 9013-1(a) require that a motion or application, except for an ex parte motion or application, or a motion or application which will be noticed by the clerk, shall be accompanied by a certificate of service.)

☒ The mandatory notice fails to reference the "21 day" response time for the Motion or an accurate response time. (See Official Form 420A; LBR 9013-1(a) and Sample 21 Day Notice.)

      It is **ORDERED** that if (1) a filing deadline applies to the document that is the subject of this order, (2) the document was filed within that deadline, but such deadline had expired on the date this order was entered or will expire within 10 days from the date of entry of this order and (3) the Federal Rules of Bankruptcy Procedure do not preclude an enlargement of the deadline for filing the document, then the party filing the document shall have 10 calendar days from the date of entry of this order to file a motion which corrects the deficiencies described above. If the time period for filing the document has not already expired, but instead will expire on a date that is later than 10 days after the date of entry of the order, then the party will have until such date to file a motion which corrects the deficiencies.

      The Motion is **DENIED** without prejudice.

      **IT IS SO ORDERED.**

Copies To:
Default List