UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE:  JOSHUA L. LUCAS | ) | CASE NO. 20-BK-54684 |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| | ) | JUDGE: PRESTON |

## MOTION TO WITHDRAW AS COUNSEL

Attorney for the Debtor, Joshua Lucas, hereby Moves this Court to Withdraw as counsel. On April 27, 2021, Joshua Lucas formally terminated the attorney-client relationship. A Proposed Order is attached.

    /s/ Mark Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of counsel's Motion to Withdraw as Counsel was served by regular mail upon the addresses of:

Trustee Brent Stubbins  
59 North 4th Street  
P.O. Box 488  
Zanesville, OH 43702

Pamela Arndt  
United States Department of Justice  
Trial Attorney for the United States Trustee  
170 North High Street, Suite 200  
Columbus, OH  43215

On May 1, 2021.

        /s/ Mark Graziani  
Mark F. Graziani #0092927  
P.O. Box 1158  
Norton, OH 44203  
(330) 571-3350 (cell)  
mark_graziani@yahoo.com

2